# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA
US COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

MICHAEL E. KUNZ
CLERK OF COURT

August 15, 2007

FILED

CLERK'S OFFICE
ROOM 2609
TELEPHONE
(215) 597-7704

U.S. DISTRICT COURT CAN (3)
NORTHERN DISTRICT OF CALIFORNIA
RICHARD W. WIEKING, CLERK
450 GOLDEN GATE AVENUE
POST OFFICE COX 36060
SAN FRANCISCO, CA. 94102-3489

2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

RE:  Shoukry v. Robert S. Mueller, et al
     07-CV-2173

 CRB

C 07 4265

Dear Clerk:

    We herewith enclose Certified Copies of the Docket Entries and Order of this Court dated 7/17/07 transferring this case to your District. ECF Documents are available through the PACER SYSTEM  Kindly acknowledge receipt on the copy of the letter provided. Please feel free to contact me if you have any questions at 267-299-7003.

Very truly yours,

MICHAEL E. KUNZ
Clerk of Court

By: _____
James Deitz, Deputy Clerk

cc: File

Received above material or record file this _____ day of,

Signature: _____

Date: _____

civ625.frm