FILED

SEP 28 AM 11:5...

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Khaled SHOUKRY,** )<br>    **Plaintiff** )<br> )<br>**v.** )<br>**Robert S. Mueller, et al.,** )<br>    **Defendants** ) | No. 07-4265 CRB |

**NOTICE OF DISMISSAL UNDER F.R.C.P.41(a)(1)**

Plaintiff, by his counsel, hereby requests the Court to enter an order dismissing this case, as all of Plaintiff's claims have been resolved by the Defendant, rendering the case moot.

Respectfully,

(JCH5208)

_____
JOSEPH C. HOHENSTEIN

September 26, 2007
ORLOW AND ORLOW, P.C.
P.O. Box 40017
620 Chestnut Street
Suite 656
Philadelphia, PA 19106
215-922-1183
215-922-0516

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **Khaled SHOUKRY,** | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | No. 07-4265 |
| **Robert S. Mueller, et al.,** | ) | |
| **Defendants** | ) | |

PROOF OF SERVICE

I hereby certify that on September 26, 2007 I caused a copy of Petitioner's Notice of Dismissal under F.R.C.P.41(a)(1) to be served on the government by facsimile to: Edward Olsen, Esq., Assistant U.S. Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, CA 94102.

(JCH5208)

_____
JOSEPH C. HOHENSTEIN

September 26, 2007
P.O. Box 40017
620 Chestnut Street
Suite 656
Philadelphia, PA 19106
Phone (215)922-1183
Fax (215)922-0516