FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA   SEP 28 AM 11:50

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Khaled SHOUKRY,**<br>    **Plaintiff**<br><br>    v.<br>**Robert S. Mueller, et al.,**<br>    **Defendants** | )<br>)<br>)<br>)   No. 07-4265 CRB<br>)<br>) |

### NOTICE OF DISMISSAL UNDER F.R.C.P.41(a)(1)

Plaintiff, by his counsel, hereby requests the Court to enter an order dismissing this case, as all of Plaintiff's claims have been resolved by the Defendant, rendering the case moot.

Respectfully,

(JCH5208)

_____
JOSEPH C. HOHENSTEIN

September 26, 2007
ORLOW AND ORLOW, P.C.
P.O. Box 40017
620 Chestnut Street
Suite 656
Philadelphia, PA 19106
215-922-1183
215-922-0516



IT IS SO ORDERED
Judge Charles R. Breyer

10/02/07